**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 20-1491**

───────────────

WILLIAM KEHDINGA KEMCHA,

          Petitioner,

   v.

MERRICK B. GARLAND, Attorney General,

          Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted: September 8, 2021            Decided: October 6, 2021

───────────────

Before NIEMEYER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Danielle Beach-Oswald, BEACH-OSWALD IMMIGRATION LAW ASSOCIATES, PC, Washington, D.C., for Petitioner. Jeffrey Bossert Clark, Acting Assistant Attorney General, Stephen J. Flynn, Assistant Director, Lindsay Marshall, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Kehdinga Kemcha, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and the Board's order and find no abuse of discretion. *See INS v. Doherty*, 502 U.S. 314, 323 (1992); *Onyeme v. INS*, 146 F.3d 227, 234 (4th Cir. 1998). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Kemcha* (B.I.A. Apr. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*